IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-435-RJC

| | |
|---|---|
| IVAN HRCKA, | ) |
| Petitioner, | ) |
| vs. | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

UPON MOTION of the Government (Doc. No. 30 and 31) for an enlargement of time within which to file a supplemental brief, and for good cause shown,

IT IS HEREBY ORDERED that the Government shall have up to and including fourteen (14) days from entry of this Order to file a supplemental brief.

Signed: October 7, 2013

Robert J. Conrad, Jr.
United States District Judge